**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**FEBRUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 08 cv

IESHIA BROWN
 -vs-
CITY OF CHICAGO, and CHICAGO POLICE OFFICERS
ROLAND, #8770, CHAN, #18781, and HARROLD, #16962,

**08 C 1126**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff IESHIA BROWN

**JUDGE MANNING**
**MAGISTRATE JUDGE COLE**

| NAME (Type or print) |
|---|
| Kenneth N. Flaxman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Kenneth N. Flaxman |
| FIRM |
| Kenneth N. Flaxman P.C. |
| STREET ADDRESS |
| 200 S Michigan Ave., Ste 1240 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 08830399 | (312) 427-3200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐