AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Ieshia Brown

CASE NUMBER: 08 CV 1126

V.

ASSIGNED JUDGE: Manning

City of Chicago and Chicago Police Officers
Roland, #8770, Chan, #18781, and Harrold,
#16962

DESIGNATED
MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

City of Chicago
c/o City Clerk
121 N LaSalle St
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth N. Flaxman
200 S Michigan Ave., Ste 1240
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[Print Form]                                                                                        [Clear Form]

**Michael W. Dobbins, Clerk**

J. Cervantes
-------------------------------                                         April 3, 2008
(By) DEPUTY CLERK                                                       -------------------------------
                                                                        Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | APRIL 3, 2008 |
| NAME OF SERVER *(PRINT)* ALISON ZAMORA | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: City Hall, 118 N Clark St
   Alison Zamora

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/3/08
                  Date                           Signature of Server

                  200 S Michigan, #1240  Chicago 60604
                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.