**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ieshia Brown
                                        Plaintiff,

v.                                                Case No.: 1:08–cv–01126
                                                           Honorable Blanche M. Manning

City Of Chicago, et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

       MINUTE entry before Judge Honorable Blanche M. Manning: Case called for status hearing. Parties did not appear. Status hearing reset for 5/13/2008 at 11:00 AM. The plaintiff shall be prepared to advise the court of the status of the case as well as service of the defendants.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.