# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ieshia Brown
                           Plaintiff,

v.                                                  Case No.: 1:08–cv–01126
                                                     Honorable Blanche M. Manning

City Of Chicago, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Blanche M. Manning:Status hearing held on 7/15/2008. Status hearing set for 7/22/2008 at 11:00 AM. If a revised dismissal order, as set forth in open court, is received prior to the next hearing, the status will be stricken.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.