UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Ieshia Brown
                          Plaintiff,

v.                                          Case No.: 1:08–cv–01126
                                                        Honorable Blanche M. Manning

City Of Chicago, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Case called for status on 7/22/2008. No one appeared. Pursuant to this court's minute entry of 7/15/2008, "If a revised dismissal order, as set forth in open court, is received prior to the next hearing, the status will be stricken." No revised order was received prior to the 7/22/2008 status hearing. Status hearing set for 7/29/2008 at 11:00 AM. Parties shall appear at the next hearing.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.