MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IESHIA BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 08 C 1126 |
| | ) |
| CITY OF CHICAGO and CHICAGO POLICE | ) Judge Blanche M. Manning |
| OFFICERS ROLAND, #8770, CHAN, #18781 and | ) |
| HARROLD #16962, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Ieshia Brown, by one of her attorneys, Kenneth N. Flaxman, and defendants, Percy Roland, Mary Chan and Arthur Harrold, by one of their attorneys, Liza M. Franklin, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, further orders as follows:

All of the claims of plaintiff, Ieshia Brown, against defendants, City of Chicago, Percy Roland, Mary Chan and Arthur Harrold, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Liza M. Franklin
Chief Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 06216088

ENTER: _Blanche M. Manning_
The Honorable Blanche M. Manning
United States District Judge

DATED: 7/29/2008