Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHM

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1126 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Brown vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. This action is dismissed with prejudice and without costs. Enter Agreed Order of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

| | | Courtroom Deputy Initials: | rs |
|---|---|---|---|